**UNITED STATES of America,**
**Appellee,**

v.

**SCAT, INC., Appellant.**

**No. 01–3458.**

United States Court of Appeals,
Eighth Circuit.

Submitted June 24, 2002.

Decided June 27, 2002.

Before MCMILLIAN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

PER CURIAM.

Scat, Inc., pleaded guilty to making a false statement to an agent of the United States, in violation of 18 U.S.C. § 1001. The district court[1] sentenced the company to 5 years probation and ordered it to pay $545,161.20 in restitution. Scat challenges the restitution on appeal, arguing that it contravenes the holding of *Hughey v. United States,* 495 U.S. 411, 412–13, 110 S.Ct. 1979, 109 L.Ed.2d 408 (1990) (under Victim and Witness Protection Act of 1982, restitution is limited to loss caused by conduct underlying count of conviction). This argument fails because *Hughey* was superseded by the Mandatory Victims Restitution Act of 1996, which authorizes restitution for every victim harmed in the course of the defendant's scheme, conspiracy, or pattern of criminal activity, not just the offense of conviction. *See United States v. Jackson,* 155 F.3d 942, 949–50 (8th Cir.), *cert. denied,* 525 U.S. 1059, 119 S.Ct. 627, 142 L.Ed.2d 565 (1998).

Accordingly, we affirm the judgment of the district court.

A true copy.

---

1. The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.